## (February 21, 1941.)

In the Matter of the Judicial Settlement of the Account of Proceedings of TITLE GUARANTEE AND TRUST COMPANY, as Executor of the Last Will and Testament and Codicil of EDWARD W. BROWNING, Deceased. Application to Punish LAWRENCE REISS, Also Known as SIGMUND L. REISS, for Contempt for Refusing and Neglecting to Obey Subpœnas Duly Served upon Him. LAWRENCE REISS, Appellant; DOROTHY BROWNING HOOD, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WM. SINGER FUR CO., INC., Respondent, v. UNITED STATES FIDELITY & GUARANTY COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

FEHLHABER PILE CO., INC., Appellant, v. B. TURECAMO CONTRACTING CO., INC., Respondent.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WILLIAM I. ROSENFELD, Respondent, v. NORMAN P. S. SCHLOSS, Appellant, Impleaded with Others, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ETHEL ADLERBLUM, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

ADOLPH RABOFF, Respondent, v. ROSALIE C. TYSEN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

WINTON E. GAITHER, Respondent, v. DAVID HAMBERGER, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

SALAMONE, INC., Respondent, v. FT. TRYON GARDENS, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Petition of ALFRED RATHHEIM, as One of the Administrators with the Will Annexed of the Estate of SARA M. FRANK, Deceased, for the Discovery of Property Withheld by PAUL ACKERMANN. PAUL ACKERMANN, Respondent-Appellant; ALFRED RATHHEIM, as Administrator C. T. A., etc., Petitioner-Respondent. In the Matter of the Application of WILMA ACKERMANN to Compel Payment of Her Claim against the Estate of SARA M. FRANK, Deceased. WILMA ACKERMANN, Petitioner-Appellant; ALFRED RATHHEIM and EDGAR A. SAMUEL, Administrators C. T. A., Respondents.— Decrees unanimously affirmed, with costs to the respondent Alfred Rathheim, as administrator c. t. a., etc. No opinion. Present — Martin, P. J., Dore, Cohn and Callahan, JJ.